# Aurora • Loan Services

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 10/05/10
REQ BY BLF                                                               PAGE    1


NUANCHAN JOHNSON
SCOTT JOHNSON
2401 DOVE RD
GRAPEVINE            TX 76051


LOAN NUMBER:
**************************************************************************************
------------------------------- CURRENT ACCOUNT INFORMATION --------------------------
   DATE          TOTAL        PRINCIPAL       LOAN          CURRENT
  PAYMENT       PAYMENT       & INTEREST    INTEREST       PRINCIPAL
   DUE          AMOUNT         PAYMENT        RATE          BALANCE         ESCROW
                                                                            BALANCE
 12-01-08      6,725.84       4,626.11      5.37500       1345,519.37       845.84-
**************************************************************************************

                  ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
 PROCESS    DUE     TRANSACTION          TRANSACTION              EFFECTIVE DATE
  DATE     DATE       CODE               DESCRIPTION              OF TRANSACTION
 ---------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/        ESCROW PAID/ --------------OTHER--------------
     AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT   CODE/DESCRIPTION
 ---------------------------------------------------------------------------------
 09-20-10  00-00   633    MISC. F/C AND B/R EXPENSES
     95.00          0.00       0.00       0.00
 09-03-10  00-00   631    PROPERTY PRESERVATION
     12.00          0.00       0.00       0.00
 08-05-10  00-00   631    PROPERTY PRESERVATION
     12.00          0.00       0.00       0.00
 07-01-10  00-00   631    PROPERTY PRESERVATION
     12.00          0.00       0.00       0.00
 05-10-10  00-00   631    PROPERTY PRESERVATION
     12.00          0.00       0.00       0.00
 04-27-10  12-08   161    ESCROW ADVANCE
  43,513.86         0.00       0.00    43513.86
 04-27-10  12-08   313    CITY TAX
  29,943.90-        0.00       0.00    29943.90-
                                         845.84-  NEW PRINCIPAL/ESCROW BALANCES
 04-27-10  12-08   312    COUNTY TAX
  13,569.96-        0.00       0.00    13569.96-
                                       29098.06   NEW PRINCIPAL/ESCROW BALANCES
 04-08-10  00-00   631    PROPERTY PRESERVATION
     12.00          0.00       0.00       0.00
 04-05-10  12-08   161    ESCROW ADVANCE
  19,992.40         0.00       0.00    19992.40
 04-05-10  04-10   352    FLOOD INSURANCE DISBURSEMENT
   2,516.40-        0.00       0.00     2516.40-
                                       42668.02   NEW PRINCIPAL/ESCROW BALANCES
```


AURORA LOAN SERVICES LLC

# Aurora • Loan Services

2617 COLLEGE PARK • P.O. BOX 1706 • SCOTTSBLUFF, NE 69363-1706
PHONE: 800-550-0508 • FAX: 303-728-7648

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 10/05/10
REQ BY BLF                                                            PAGE    2


NUANCHAN JOHNSON
LOAN NUMBER:

                 ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
PROCESS     DUE     TRANSACTION       TRANSACTION                EFFECTIVE DATE
 DATE       DATE    CODE              DESCRIPTION                OF TRANSACTION

  TRANSACTION   PRIN. PAID/           ESCROW PAID/  -------------OTHER------------
    AMOUNT       BALANCE    INTEREST    BALANCE     AMOUNT   CODE/DESCRIPTION

04-05-10   04-10   351  HAZARD INSURANCE DISBURSEMENT
  17,476.00-         0.00       0.00    17476.00-
                                        45184.42   NEW PRINCIPAL/ESCROW BALANCES
03-19-10   00-00   632  STATUTORY EXPENSES
     150.00         0.00       0.00        0.00
03-19-10   00-00   630  ATTORNEY ADVANCES
     550.00         0.00       0.00        0.00
03-12-10   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
02-04-10   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
01-08-10   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
12-10-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
12-08-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
09-14-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
08-11-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
08-10-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
06-16-09   12-08   161  ESCROW ADVANCE
  18,583.00         0.00       0.00    18583.00
06-16-09   04-09   351  HAZARD INSURANCE DISBURSEMENT
  18,583.00-        0.00       0.00    18583.00-
                                        62660.42   NEW PRINCIPAL/ESCROW BALANCES
06-11-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
05-08-09   00-00   631  PROPERTY PRESERVATION
      12.00         0.00       0.00        0.00
04-08-09   12-08   168  REPAY OF ESCROW ADVANCE
       0.00         0.00       0.00     2363.00-   2,363.00  ADVANCE REFUND
04-08-09   12-08   163  HAZARD INSURANCE REFUND DEPOSIT
   2,363.00         0.00       0.00     2363.00
                                        81243.42   NEW PRINCIPAL/ESCROW BALANCES
```


AURORA LOAN SERVICES LLC

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 10/05/10
REQ BY BLF                                                               PAGE    3


NUANCHAN JOHNSON
LOAN NUMBER:

                     ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
PROCESS    DUE    TRANSACTION            TRANSACTION                     EFFECTIVE DATE
DATE       DATE   CODE                   DESCRIPTION                     OF TRANSACTION

  TRANSACTION  PRIN. PAID/           ESCROW PAID/  -------------OTHER-------------
     AMOUNT      BALANCE    INTEREST    BALANCE     AMOUNT   CODE/DESCRIPTION

04-03-09  12-08  161  ESCROW ADVANCE
     4,835.00-       0.00       0.00    4835.00
04-03-09  04-09  352  FLOOD INSURANCE DISBURSEMENT
     2,472.00-       0.00       0.00    2472.00-
                                       78880.42    NEW PRINCIPAL/ESCROW BALANCES
04-03-09  04-09  351  HAZARD INSURANCE DISBURSEMENT
     2,363.00-       0.00       0.00    2363.00-
                                       81352.42    NEW PRINCIPAL/ESCROW BALANCES
02-03-09  00-00  631  PROPERTY PRESERVATION
        12.00       0.00       0.00       0.00
10-29-08  00-00  631  PROPERTY PRESERVATION
        12.00       0.00       0.00       0.00
10-23-08  12-08  493  ARM LOAN ADJUSTMENT
     NEW INTEREST RATE: 0.05375        NEW PRIN & INT PAYMENT:   4,626.11
10-23-08  11-08  168  REPAY OF ESCROW ADVANCE
         0.00       0.00       0.00    2216.32-  2,216.32   ADVANCE REFUND
10-23-08  11-08  173  PAYMENT                                              10-22-08
     6,357.00   1,673.17-  6,299.28    2216.32     485.43-  SUSPENSE
              1,345,519.37           83715.42    NEW PRINCIPAL/ESCROW BALANCES
10-23-08  11-08  493  ARM LOAN ADJUSTMENT
     NEW INTEREST RATE: 0.05625        NEW PRIN & INT PAYMENT:   4,626.11
10-23-08  10-08  168  REPAY OF ESCROW ADVANCE
         0.00       0.00       0.00     228.09-    228.09   ADVANCE REFUND
10-23-08  10-08  174  PAYMENT                                              10-22-08
     4,854.20   1,804.51-  6,430.62     228.09
              1,343,846.20           81499.10    NEW PRINCIPAL/ESCROW BALANCES
10-23-08  10-08  493  ARM LOAN ADJUSTMENT
     NEW INTEREST RATE: 0.05750        NEW PRIN & INT PAYMENT:   4,626.11
10-23-08  09-08  168  REPAY OF ESCROW ADVANCE
         0.00       0.00       0.00     228.09-    228.09   ADVANCE REFUND
10-23-08  09-08  174  PAYMENT                                              10-22-08
     4,854.20   2,073.73-  6,699.84     228.09
              1,342,041.69           81271.01    NEW PRINCIPAL/ESCROW BALANCES
10-23-08  09-08  493  ARM LOAN ADJUSTMENT
     NEW INTEREST RATE: 0.06000        NEW PRIN & INT PAYMENT:   4,626.11
10-23-08  08-08  168  REPAY OF ESCROW ADVANCE
         0.00       0.00       0.00     228.09-    228.09   ADVANCE REFUND
```

```
                   CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 10/05/10
REQ BY BLF                                                    PAGE   4


NUANCHAN JOHNSON
LOAN NUMBER:

                   ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
PROCESS   DUE    TRANSACTION        TRANSACTION               EFFECTIVE DATE
DATE      DATE   CODE               DESCRIPTION               OF TRANSACTION
-----------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/         ESCROW PAID/  -------------OTHER-----------
    AMOUNT      BALANCE    INTEREST   BALANCE     AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
10-23-08  08-08  173  PAYMENT                                    10-22-08
    4,854.20   2,340.70-  6,966.81    228.09
             1,339,967.96             81042.92   NEW PRINCIPAL/ESCROW BALANCES
10-23-08  08-08  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE: 0.06250       NEW PRIN & INT PAYMENT:  4,626.11
10-23-08  07-08  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00    228.09-    228.09   ADVANCE REFUND
10-23-08  07-08  173  PAYMENT                                    10-22-08
    4,854.20   2,605.26-  7,231.37    228.09
             1,337,627.26             80814.83   NEW PRINCIPAL/ESCROW BALANCES
10-13-08  00-00  632  STATUTORY EXPENSES
     150.00       0.00       0.00      0.00
10-13-08  00-00  630  ATTORNEY ADVANCES
     650.00       0.00       0.00      0.00
08-26-08  07-08  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE: 0.06500       NEW PRIN & INT PAYMENT:  4,626.11
08-26-08  06-08  168  REPAY OF ESCROW ADVANCE
       0.00       0.00       0.00     228.09-    228.09   ADVANCE REFUND
08-26-08  06-08  173  PAYMENT
       0.00   3,188.21-  7,491.57     228.09
             1,335,022.00             80586.74   NEW PRINCIPAL/ESCROW BALANCES
08-26-08  06-08  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE: 0.06750       NEW PRIN & INT PAYMENT:  4,303.36
08-26-08  05-08  168  REPAY OF ESCROW ADVANCE
       0.00       0.00       0.00     228.09-    228.09   ADVANCE REFUND
08-26-08  05-08  173  PAYMENT
       0.00   3,445.57-  7,748.93     228.09    9,062.90-  SUSPENSE
             1,331,833.79             80358.65   NEW PRINCIPAL/ESCROW BALANCES
08-25-08  05-08  173  PAYMENT
    9,062.90      0.00       0.00       0.00    9,062.90   SUSPENSE
08-05-08  00-00  631  PROPERTY PRESERVATION
      12.00      0.00       0.00       0.00
07-16-08  05-08  152  LATE CHARGE ASSESSMENT
       0.00      0.00       0.00       0.00     231.31-1 LATE CHARGE
07-10-08  05-08  161  ESCROW ADVANCE
    2,363.00     0.00       0.00     2363.00
```



```
REQ BY BLF            CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 10/05/10
                                                                 PAGE    5

NUANCHAN JOHNSON
LOAN NUMBER:

                  ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
PROCESS   DUE   TRANSACTION         TRANSACTION                EFFECTIVE DATE
DATE      DATE  CODE                DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------
TRANSACTION  PRIN. PAID/        ESCROW PAID/ -----------OTHER--------------
  AMOUNT     BALANCE    INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
07-10-08  04-08  351  HAZARD INSURANCE DISBURSEMENT
  2,363.00-     0.00     0.00     2363.00-
                                 80130.56    NEW PRINCIPAL/ESCROW BALANCES
06-16-08  05-08  152  LATE CHARGE ASSESSMENT
       0.00     0.00     0.00        0.00    215.17-1 LATE CHARGE
06-13-08  05-08  161  ESCROW ADVANCE
  2,729.50      0.00     0.00     2729.50
06-13-08  04-08  352  FLOOD INSURANCE DISBURSEMENT
  2,729.50-     0.00     0.00     2729.50-
                                 82493.56    NEW PRINCIPAL/ESCROW BALANCES
06-11-08  00-00  633  MISC. F/C AND B/R EXPENSES
      90.00     0.00     0.00        0.00
06-10-08  05-08  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.07000      NEW PRIN & INT PAYMENT:   4,303.36
06-10-08  04-08  168  REPAY OF ESCROW ADVANCE
       0.00     0.00     0.00      228.09-   228.09   ADVANCE REFUND
06-10-08  04-08  173  PAYMENT
       0.00  3,699.97- 8,003.33    228.09                      06-09-08
          1,328,388.22            85223.06   NEW PRINCIPAL/ESCROW BALANCES
06-10-08  04-08  493  ARM LOAN ADJUSTMENT
    NEW INTEREST RATE:  0.07250      NEW PRIN & INT PAYMENT:   4,303.36
06-10-08  03-08  168  REPAY OF ESCROW ADVANCE
       0.00     0.00     0.00      228.09-   228.09   ADVANCE REFUND
06-10-08  03-08  173  PAYMENT
       0.00  3,951.25- 8,254.61    228.09   9,062.90- SUSPENSE
          1,324,688.25            84994.97   NEW PRINCIPAL/ESCROW BALANCES
06-09-08  03-08  173  PAYMENT
     430.31     0.00     0.00        0.00     430.31 1 LATE CHARGE
06-09-08  03-08  173  PAYMENT
  11,569.69     0.00     0.00        0.00  11,569.69   SUSPENSE
04-29-08  00-00  631  PROPERTY PRESERVATION
      12.00     0.00     0.00        0.00
04-25-08  03-08  168  REPAY OF ESCROW ADVANCE
       0.00     0.00     0.00      889.01-   889.01   ADVANCE REFUND
04-25-08  03-08  163  HAZARD INSURANCE REFUND DEPOSIT
     889.01     0.00     0.00      889.01
                                 84766.88    NEW PRINCIPAL/ESCROW BALANCES
```



```
                      CUSTOMER ACCOUNT ACTIVITY STATEMENT        DATE 10/05/10
REQ BY BLF                                                       PAGE    6


NUANCHAN JOHNSON
LOAN NUMBER:

              ACTIVITY FOR PERIOD 01/01/05 - 10/04/10
PROCESS   DUE    TRANSACTION      TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE             DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------
 TRANSACTION   PRIN. PAID/            ESCROW PAID/ -----------OTHER------------
   AMOUNT       BALANCE     INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
04-25-08  03-08  168  REPAY OF ESCROW ADVANCE
       0.00       0.00        0.00      9999.99-  9,999.99  ADVANCE REFUND
04-25-08  03-08  163  HAZARD INSURANCE REFUND DEPOSIT
    9,999.99       0.00       0.00      9999.99
                                       83877.87   NEW PRINCIPAL/ESCROW BALANCES
04-24-08  03-08  168  REPAY OF ESCROW ADVANCE
       0.00       0.00        0.00      1225.82-  1,225.82  ADVANCE REFUND
04-24-08  03-08  163  HAZARD INSURANCE REFUND DEPOSIT
    1,225.82       0.00       0.00      1225.82
                                       73877.88   NEW PRINCIPAL/ESCROW BALANCES
04-05-08  03-08  161  ESCROW ADVANCE
   17,347.95       0.00       0.00     17347.95
04-05-08  03-08  170  INITIAL ESCROW DEPOSIT
   7,347.96-      0.00        0.00      7347.96-
                                       72652.06   NEW PRINCIPAL/ESCROW BALANCES
04-05-08  03-08  170  INITIAL ESCROW DEPOSIT
   9,999.99-      0.00        0.00      9999.99-
                                       80000.02   NEW PRINCIPAL/ESCROW BALANCES
04-04-08  03-08  161  ESCROW ADVANCE
    9,999.99      0.00        0.00      9999.99
04-04-08  03-08  170  INITIAL ESCROW DEPOSIT
   9,999.49-      0.00        0.00      9999.99-     0.50   SUSPENSE
                                       90000.01   NEW PRINCIPAL/ESCROW BALANCES
04-04-08  03-08  132  LATE CHARGE ADJUSTMENT
       0.00       0.00        0.00         0.00    645.48-1 LATE CHARGE
04-04-08  03-08  142  LOAN SETUP
       0.00  1320,737.00-     0.00         0.00
             1,320,737.00                         NEW PRINCIPAL/ESCROW BALANCES
```