B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: **Nuanchan Johnson**    CASE NO **10-46360-DML-7**

CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Aurora Loan Services <br> Attn: Bankruptcy Dept. <br> P.O. Box 1706 <br> Scottsbluff, NE 69363 <br> xxxxxx2448 | **Describe Property Securing Debt:** <br> Homestead |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> City of Grapevine <br> c/o Perdue, Brandon et al <br> P. O. Box 13430 <br> Arlington, TX 76094-0430 <br> xxxx0961 | **Describe Property Securing Debt:** <br> Homestead |

Property will be (check one):  Personal Liability
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt
- [ ] Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Nuanchan Johnson**           CASE NO  **10-46360-DML-7**

                                      CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Grapevine-Colleyville ISD<br>c/o Perdue Brandon et al<br>P. O. Box 13430<br>Arlington, TX 76094-0430<br>xxxx0961 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
- [x] Surrendered     [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt     [ ] Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>National City<br>P. O. Box 856176<br>Louisville, KY 40285-6176<br>xxxxxxxxxxxx0801 | **Describe Property Securing Debt:**<br>2401 Dove Rd., Grapevine, TX 76051 |

Property will be (check one):
- [x] Surrendered     [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt     [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: **Nuanchan Johnson**  CASE NO **10-46360-DML-7**

CHAPTER **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Tarrant County Tax Office<br>c/o Linebarger, Goggan, Blair, et al.<br>100 Throckmorton, Ste. 300<br>Fort Worth, TX 76102<br>xxxx0961 | **Describe Property Securing Debt:**<br>Homestead |

Property will be (check one):
☑ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt   ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Atlas Copco<br>P. O. Box 91730<br>Chicago, IL 60693 | **Describe Leased Property:**<br>Compressor Lease for Business | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>BMW<br>P.O. Box 78103<br>Phoenix, AZ 85062 | **Describe Leased Property:**<br>Vehicle Lease for Business | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Nuanchan Johnson**  CASE NO  **10-46360-DML-7**

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Gary Penny<br>2213 Moneda St.<br>Haltom City, TX 76117-5311 | **Describe Leased Property:**<br>Rental | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>T-Mobile<br>P. O. Box 790047<br>St. Louis, MO 63179-0047 | **Describe Leased Property:**<br>Business Debt | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>The Realty Associates Fund<br>P. O. Box 223315<br>Pittsburgh, PA 15251-2315 | **Describe Leased Property:**<br>Building Lease for Business | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

| Property No. 6 | | |
|---|---|---|
| **Lessor's Name:**<br>US Bancorp<br>Office Equip Financial Svc.<br>P. O. Box 790448<br>St. Louis, MO 63179-0448 | **Describe Leased Property:**<br>Copier Lease for Business | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐   NO ☑ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Nuanchan Johnson**  CASE NO **10-46360-DML-7**

CHAPTER **7**

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 4*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **10/15/2010**  Signature **/s/ Nuanchan Johnson**
 *Nuanchan Johnson*

Date _____  Signature _____