Stephen W. Tiemann,
Attorney and Counselor at Law
Texas Bar No. 20021750
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: 817-275-7245  Fax: 817-275-1056
Proposed Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re: NUANCHAN JOHNSON, }
       a/k/a NUANCHAN J. JOHNSON } Case No. 10-46360-dml7
        }
       Debtor } Chapter 7
        }

## DEBTOR'S APPLICATION TO EMPLOY ATTORNEY

TO THE HONORABLE D MICHAEL LYNN, US BANKRUPTCY JUDGE:

    COMES NOW Nuanchan Johnson, Debtor in the above-styled and numbered cause, and files this her Application to Employ Attorney and would respectfully show:

    1.    Debtor desires to hire below signed counsel (herein "Proposed Counsel") as co-counsel in regard to this Chapter 7 bankruptcy proceeding.

    2.    Debtor asserts it is necessary to employ Proposed Counsel to assist in the administration of this bankruptcy proceeding, including filing and amending bankruptcy schedules, statement of financial affairs, statement of intent, and further to assist in addressing issues specifically related to the automatic stay and real property interests of the Debtor, which will likely include adversary proceedings necessary to protect such interests.

    3.    Debtor desires that she be authorized to hire Proposed Counsel at a regular hourly rate based on time and standard billable charges to be approved by the Court, and for such compensation and reimbursement of expenses as is just.

4. Proposed Counsel is an attorney licensed in Texas, and is admitted to practice before this Court, with knowledge and experience in bankruptcy practice, and is qualified to render necessary legal services

5. Proposed Counsel is a disinterested person having no connection with the Debtor, the creditors, or other party in interest.

PRAYER

Debtor requests that she be authorized to employ Proposed Counsel to perform legal services in this matter and for such further relief as she may show herself justly entitled.

Signed: October 27, 2010

Respectfully submitted,

*/s/ Stephen W. Tiemann*
Stephen W. Tiemann
Texas Bar No. 20021750
Stephen W. Tiemann,
Attorney and Counselor at Law
2000 E. Lamar Blvd., Suite 600
Arlington, TX 76006
Tel. (817) 275-7245
Fax. (817) 275-1056
Email: steve@swtlaw.net
Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on the parties in interest, via the Northern District of Texas ECF system, on the 27th day of October, 2010.

                                                 */s/ Stephen W. Tiemann*_____
                                                 Stephen W. Tiemann